EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Ángel L. Morales Rodríguez | 2016 TSPR 143 |
| | 195 DPR ____ |

Número del Caso: AB-2015-162

Fecha: 20 de junio de 2016

Abogado del Promovido:

      Por derecho propio

Materia: La suspensión será efectiva el 30 de junio de 2016, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Ángel L. Morales Rodríguez                  AB-2015-162

*PER CURIAM*

En San Juan, Puerto Rico, a 20 de junio de 2016.

Nos corresponde ejercer nuestra facultad disciplinaria contra un miembro de la profesión legal que reiteradamente ha desatendido nuestros requerimientos.

I.

El Lcdo. Ángel L. Morales Rodríguez fue admitido al ejercicio de la abogacía el 17 de enero de 1995 y prestó juramento como notario el 23 de enero de 1995. El 1 de mayo de 2015, la Sra. Ruth N. Álvarez Ramírez presentó la queja AB-2015-162 contra el licenciado Morales Rodríguez. El 5 de mayo de 2015 y el 16 de julio de 2015, la entonces

Secretaria de este Tribunal, Hon. Aida Ileana Oquendo Graulau, cursó comunicaciones al licenciado Morales Rodríguez concediéndole 10 días para contestar la queja presentada en su contra. Ante su incomparecencia, el 25 de agosto de 2015 emitimos una Resolución concediéndole un término final de 5 días para contestar la queja. Le apercibimos que su incumplimiento podría conllevar sanciones disciplinarias severas, incluyendo la suspensión del ejercicio de la profesión. A pesar de que la Resolución se le notificó personalmente, el licenciado Morales Rodríguez no ha cumplido con nuestra orden.

II.

Según el Canon 9 del Código de Ética Profesional, 4 LPRA Ap. IX, C. 9, "[e]l abogado debe observar para con los tribunales una conducta que se caracterice por el mayor respeto". Por tanto, procede la suspensión inmediata de un miembro de la profesión legal cuando desatiende nuestras órdenes y se muestra indiferente ante nuestros apercibimientos de sanciones disciplinarias. In re Santaliz Martell, 2016 TSPR 45, 4, 194 DPR ___ (2016); In re García Incera, 177 DPR 329, 331 (2009). Lo anterior, porque dicha conducta constituye un serio agravio a la autoridad de este foro y es contraria a lo requerido por el Canon 9 del Código de Ética Profesional, supra. In re García Incera, supra, pág. 331.

Además, hemos expresado que incumplir con nuestros requerimientos es una falta independiente a los méritos de

la queja presentada en contra del abogado o abogada. Íd.

Apliquemos este marco legal a los hechos ante nuestra consideración.

## III.

Surge claramente de los hechos reseñados que el licenciado Morales Rodríguez ha hecho caso omiso a nuestros requerimientos, aún bajo apercibimiento de sanciones severas, como la suspensión al ejercicio de la profesión. No podemos tolerar esta conducta que denota una falta de diligencia y respeto hacia este foro y su facultad disciplinaria. En vista de lo anterior, se decreta la suspensión inmediata e indefinida del licenciado Morales Rodríguez del ejercicio de la abogacía y la notaría. Así pues, se le impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar inmediatamente de su suspensión a los foros judiciales y administrativos. Asimismo, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

El Alguacil de este Tribunal deberá incautar la obra y el sello notarial del licenciado Morales Rodríguez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe a este foro.

Notifíquese personalmente al licenciado Morales Rodríguez esta Opinión *Per Curiam* y Sentencia.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Ángel L. Morales Rodríguez          AB-2015-162

SENTENCIA

En San Juan, Puerto Rico, a 20 de junio de 2016.

Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de la presente Sentencia, decretamos la suspensión inmediata e indefinida del Lcdo. Ángel L. Morales Rodríguez del ejercicio de la abogacía y la notaría.

Le imponemos el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar inmediatamente de su suspensión a los foros judiciales y administrativos. Asimismo, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de 30 días a partir de la notificación de esta Opinión *Per Curiam* y Sentencia.

El Alguacil de este Tribunal deberá incautar la obra y el sello notarial del licenciado Morales Rodríguez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe a este foro.

Notifíquese personalmente al licenciado Morales Rodríguez esta Opinión *Per Curiam* y Sentencia.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo